UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur D'Amario, III,
    Petitioner

    v.                                       Case No. 06-ds-145-SM

United States of America,
    Respondent

**RECUSAL ORDER**

Based on the same facts supporting the recusal order dated August 27, 2003, in the case entitled <u>United States of America v. Arthur D'Amario, III</u>, NH 99-cr-030-JD, RI 99-cr-024-01S, the undersigned judges are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Maine.

    SO ORDERED.

May 1, 2006                               _____
                                          Steven J. McAuliffe
                                          Chief Judge

May 1, 2006                               _____
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

May 1, 2006                               /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

cc:    Arthur D'Amario, III, *pro se*
       Clerk, U.S. District Court, RI
       Clerk, U.S. District Court, ME